# IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK, N.A.,
                         Appellant,
                    vs.
QUEEN VICTORIA #1720-104 NV
WEST SERVICING, LLC,
                         Respondent.

No. 77431

**FILED**

SEP 2 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.    NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joseph Hardy, Jr., District Judge
       Eleissa Lavelle, Settlement Judge
       Tiffany & Bosco, P. A.
       Law Offices of Michael F. Bohn, Ltd.
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-39927